ANDREW STOHL, JR., respondent,

*v.*

MARY STOHL, &c., et al., appellants.

[Submitted February 14th, 1947. Decided May 15th, 1947.]

*Mr. Earl T. Milsop* (*Mr. Mortimer L. Mahler,* of counsel), for the appellants.

*Messrs. Feder & Rinzler,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis, and reported at *138 N. J. Eq. 220.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, BODINE, DONGES, HEHER, COLIE, EASTWOOD, WELLS, RAFFERTY, MC-GEEHAN, JJ. 10.

*For reversal*—WACHENFELD, DILL, FREUND, MCLEAN, JJ. 4.